Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

<u>Daniel Abraham #</u>         )
<u>F.C.I. Hazleton</u>          )
~~P.O. Box 5000~~
<u>Bruceton Mills, Wv 26525</u> )
_____, )
(Full name under which you were convicted, )   **Petition for Habeas Corpus**
prison number, place of confinement, and   )   **Pursuant to 28 U.S.C. § 2241**
full mailing address)                      )
                                           )
            Petitioner,                    )
                                           )
    vs.                                    )   Civil Action No. 5:23CV-347
                                           )   (to be assigned by Clerk) Bailey
<u>Heather Ray</u>                   ,       )            FILED                 Mazzone
(Name of Warden or other authorized person )                                   Prince
where you are incarcerated)       )                 DEC -1 2023
                                           )
                                           )       U.S. DISTRICT COURT-WVND
            Respondent.                    )          WHEELING, WV 26003
_____)

**Important notes to read before completing this form:**

*i* Please read the entire petition **before** filling it out. Answer **only** those questions which pertain to your claim(s).

---

1. This petition concerns (check the appropriate box):

    G a conviction
    G a sentence xxxxxx   Applicatio of Jail time credits
    G jail or prison conditions

Attachment A

    G prison disciplinary proceedings  G a parole problem
    G   other, state briefly:

        Application of Jail Time Credits

2. Are you represented by counsel? 9 Yes    G No xxxx

   If you answered yes, list your counsel's name and address:

3. List the name and location of the court which imposed your sentence:
United States District Court for the Eastern District of Michigan Located in Bay city, Michigan

4. List the case number, if known:  Docket No: 0645 1:21CR20561-001

5. List the nature of the offense for which the sentence was imposed:
Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substance, 21 U.S.C. sec. 846, 21 U.S.C. 841(a)(1) and 21 U.S.C. sec. 841(b)(1)(B)(ii)

6. List the date each sentence was imposed and the terms of the sentence:

7. What was your plea to each count? (Check one)

   G Guilty
   G Not Guilty
   G Nolo Contendere

8. If you were found guilty after a plea of not guilty, how was that finding made?
N/A

**Attachment A**

    G A jury

    G A Judge without a jury

    G A Magistrate Judge without a jury

9. Did you appeal from the judgment of conviction or imposition of the sentence?

    9    Yes    G No xxxxx

10. If you did appeal, give the following information for each appeal:
N/A
    A.    Name of Court:
    B.    Result:
    C.    Date of Result:
    D.    Grounds raised (List each one):

    Note: if you filed an appeal in more than one court, attach an additional sheet of paper of the same size and give all of the information requested in Question 10, A through D.

11. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal? This is called a post-conviction pleading.

    9    Yes    G No xxxxxx

If your answer was yes, complete the following sections:

    A.    First post-conviction proceeding:
        1.    Name of Court:
        2.    Nature of Proceeding:
        3.    Grounds Raised:
        4.    Did you receive an evidentiary hearing ?   9 Yes   G  No
        5.    Result:

Attachment A

      6.    Date of Result:

  B.    Second post-conviction proceeding:
      1.    Name of Court:
      2.    Nature of Proceeding:
      3.    Grounds Raised:
      4.    Did you receive an evidentiary hearing ? 9 Yes    G No
      5.    Result:
      6.    Date of Result:

C. Did you appeal to the result of the post conviction proceeding(s) to the highest court having jurisdiction?
      1.    First proceeding:   G Yes   G No   Result:
      2.    Second proceeding: G Yes   G No   Result:

D. If you did not appeal the adverse result of the post-conviction proceeding(s), explain briefly why not:

12.    For your information, the following is a list of the most frequently raised grounds for relief in applications for habeas corpus pursuant to 28 U.S.C. §2241. You may raise any grounds which you may have other than those listed. However, in this application, you should raise all available grounds on which you base your petition. **Do not check** any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. **The petition will be returned to you if you merely check one or more of the grounds:**

  A.    U.S. Parole Commission unlawfully revoked my parole.
  B.    Federal Bureau of Prisons unlawfully computed my sentence.
  C.    Federal Bureau of Prisons unlawfully denied me credit for time served in state or federal prison.
  D.    Federal Bureau of Prisons or State prison system unlawfully revoked my good time credits.
  E.    There is an unlawful detainer lodged against me.

Attachment A

F. I am a citizen and resident of a foreign country and I am in custody for an act which I had a right to commit under the laws of my country.

G. The act for which I was convicted is no longer considered to be a crime, and I cannot raise this issue in a §2254 petition or a §2255 motion.

**CAUTION: if you fail to set forth all of the grounds in this petition at this time, you may be barred from presenting additional grounds at a later date.**

State clearly every ground on which you are seeking relief. Summarize briefly the facts supporting each ground. If necessary, attach a total of five (5) typed or ten (10) neatly printed pages maximum for all grounds and all attachments.

A. Ground one:
   Please see attachment (A)

Supporting facts: tell your story briefly without citing cases or law. You are cautioned that you must state facts, not conclusion, in support of your grounds. A "rule of thumb" to follow is this: who did exactly what to violate your rights at what time and place).

B. Ground two:

Supporting facts:

C. Ground three:

Supporting facts:

ATTACHMENT A

The Federal Bureau of Prisons Sentencing Monitoring and Computation Sheet is not calculating my time stemming from the date that i was arressed for the charge for which I am incarcerated. I have contacted the prison officials in regards to this issue, however, they have all told me that it is not a issue that they have control over. I was arressted by The United States Marshal Service for the Eastern District of Michigan on May 11, 2022, for the charges that are the subject of the instant offense. I have remained in the custody of the United States Marshal Service for Eastern District of Michigan until the instant date, with the exception of approximately one (1) month that i was released back into the custody of the States in order to deal with a parole isse. I am asking that this Honorable Court order that the previous jail time credit be awarded to my currnet sentence in accordance with 18 U.S.C. 3585 (b) as the time that is being sought has not been award towards any other sentence

**Attachment A**

D.   Ground four:

Supporting facts:

13. Were all of the above grounds presented to another court, state or federal? If not, state which grounds were not presented. If yes, state the name of the court, date of decision, and the nature of the outcome: NO

14. If this petition concerns prison disciplinary proceedings, a parole problem, computation of sentence, or other case under 28 U.S.C. § 2241, answer the following questions:

   A. Did you present the facts in relation to your present petition in the prison's internal grievance procedure?

   ☐ Yes xxxx ☐ No

   1. If your answer to "A" above was yes, what was the result:
   
   ```
   I brought the issue to the attention of my Counselor
   and asked for a BP_8 to initiate the grievance process,
   my counselor refused to give me a BP-8 and told me that
   the issue was not one that was reviewable through the
   grievance process.
   ```

   2. If your answer to "A" above was no, explain:

Attachment A

B. If you are a federal prisoner, did you present your claim to the Bureau of Prisons or other federal agency for administrative action?

G Yes  xxxx   G No

1. If your answer to "B" above was yes, what was the result:
   I attempted to begin the grievance process but my case manager aNd counselor refused to supply me with a BP-8 and said that was not the process to address the matter
2. If your answer to "B" above was no, explain:

15. Relief: State here, as briefly as possible, exactly what you want the court to do for you: Gramt me the Jail Time Credit stemming from the Date of my initial arrest on the offense for which I stand convicted
    1. Make **no** legal arguments.
    2. Cite **no** cases or statutes.

16. If a previous motion to vacate or modify a prisoner's sentence, pursuant to Section 2255, was not filed, or if such a motion was filed and denied, the reasons why Petitioner's remedy by way of Section 2255 is inadequate or ineffective to test the legality of the detention.

**Attachment A**

Signed this \_\_\_26\_\_\_ day of \_\_November\_\_, \_2023\_.
             (day)             (month)      (year)

Your Signature

Signature of Attorney (if any)

I declare (or certify, verify, or state), under penalty of perjury, that the foregoing is true and correct.

Date of Signature: _Daniel Abeakwum_
                        Your Signature

Attachment D

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

__Daniel Abraham__

*Your full name*

v.

__Warden, Heather Ray__

Civil Action No.:

*Enter above the full name of respondent in this action*

## Certificate of Service

I, __Daniel Abraham__ (your name here), appearing *pro se*, hereby certify that I have served the foregoing __2255__ (title of document being sent) upon the respondent by depositing true copies of the same in the United States mail, postage prepaid, upon the following counsel of record for the respondent on __11-24-23__ (insert date here):

(List name and address of counsel for respondent)

(sign your name)