IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**DANIEL ABRAHAM,**

        Petitioner,

v.                                         **Civil Action No. 5:23-CV-347**
                                                  Judge Bailey

**HEATHER RAY,**

        Respondent.

### ORDER DISMISSING CASE WITHOUT PREJUDICE

On December 1, 2023, the *pro se* petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On the same date, the Clerk issued a Notice of Deficient Pleading, informing petitioner that he must pay the $5.00 filing fee or submit an application to proceed *in forma pauperis*, along with a Prisoner Trust Account report and Ledger Sheets. The Notice informed petitioner that he must submit the fee or application within twenty-one days or his case would be dismissed for failure to prosecute. Service of the Notice was accepted on December 4, 2023.

To date, thirty-six days since service of the Notice was accepted, petitioner has not complied with the notice or sought an extension of time to do so. Accordingly, pursuant to the Federal Rules of Civil Procedure 41(b), it is hereby **ORDERED** that this action be **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to **STRIKE** this action from the active docket of this Court.

The Clerk of the Court is directed to mail a copy of this Order to the *pro se* petitioner by certified mail, return receipt requested, to his last known address as reflected on the docket sheet.

1

**DATED:** January 9, 2024.

                                                     **JOHN PRESTON BAILEY**
                                                     **UNITED STATES DISTRICT JUDGE**

2